UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-5093BHS |
| Plaintiff, | |
| vs. | ORDER FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |
| VICTOR H. GONZALEZ FLORES, | |
| Defendant. | |

The Court having considered the Motion for Withdrawal and For Substitution of Counsel, and the records and files in this matter, NOW, THEREFORE,

IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Jerome Kuh, are permitted to withdraw as defense counsel in this matter; and that Attorney Gavin M. Simkins is hereby substituted as counsel for defendant.

IT IS SO ORDERED, this 17th day of March, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Jerome Kuh*
Jerome Kuh
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

FEDERAL PUBLIC DEFENDER
1331 Broadway , Suite 400
Tacoma, Washington  98402
(253) 593-6710