UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-5093BHS |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| VICTOR HUGO GONZALEZ FLORES, | |
| Defendants. | |

THIS MATTER came before the Court on Defendant's unopposed motion to continue the trial date in this matter, and the Court, having considered the facts set forth in the motion, the records and files herein and having heard from the parties in open court, makes the following findings of fact and conclusions of law:

1. Jerome Kuh was appointed to represent the Defendant on July 3, 2014, and has not had time to receive and review discovery, consult with the Defendant or do any legal research or independent investigation.

2. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

3. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

4. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for

ORDER - 1

pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case.  18 U.S.C. § 3161(h)(7)(B(ii).

5.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense.   18 U.S.C. § 3161(h)(7)(B)(iv).

6.  Defendant waived speedy trial through November 30, 2014.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from July 22, 2014, to October 21, 2014, at 9:00 a.m.  The resulting period of delay up to and including October 21, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than September 3, 2014, and a Pretrial Conference is set for October 14, 2014, at 2:30 pm.

DATED this 14th day of July, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2