UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR14-05093-BHS |
| v. | ORDER TO SEAL |
| VICTOR HUGO GONZALEZ-FLORES, | |
| Defendant. | |

Having read the Government's Motion for Protective Order in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Motion for Protective Order be allowed to remain under seal,

It is hereby ORDERED that the Government's Motion for Protective Order in this matter shall remain sealed.

DATED this 11th day of August, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Order to Seal
United States v. Gonzalez-Flores; CR14-05093BHS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970