UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR HUGO GONZALEZ FLORES, <br><br> Defendant. | NO. CR14-05093-BHS <br><br> ORDER TO SEAL |

Having read the Government's Sentencing Memorandum in the above-captioned case, which has been requested to be sealed, and Government's Motion to Seal requesting that said document be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum, filed under seal, shall be sealed and remain sealed.

DATED this 8th day of December, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Roscoe Jones, Jr.*
ROSCOE JONES, JR.
Assistant United States Attorney

ORDER TO SEAL/FLORES - 1
CR14-05093-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970